FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 20, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORA LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign profit corporation; WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust; CORPORATION XYZ 1-10; JOHN DOE 1-20,<br><br>Defendants. | No. 4:25-cv-05100-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulated Motion for Dismissal. ECF No. 27. The parties stipulate and request dismissal of all claims asserted in this lawsuit with prejudice and without costs and attorney fees to any party. The Court has reviewed the files and records herein and is otherwise fully advised.

Accordingly, **IT IS ORDERED:**

1. The Stipulated Motion, **ECF No. 27**, is **GRANTED**.
2. All of Plaintiff Lora Lopez's claims against Defendants Walmart Inc. and

Wal-Mart Real Estate Business Trust are hereby dismissed with prejudice and without costs and attorney fees to any party.

3. All pending hearing dates and deadlines are **STRICKEN** and any pending motions are **DENIED** as moot.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to counsel. File is **CLOSED**.

DATED November 20, 2026.

REBECCA L. PENNELL
United States District Judge